UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FAREEN TABANI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>IMS ASSOCIATES, LTD. et al.,<br><br>　　　　　Defendants. | Case No. 2:11-cv-00757-MMD-VCF<br><br>ORDER |

　　　Pursuant to Local Rule 16-5, it is ordered that the parties schedule a settlement conference with the Magistrate Judge.

　　　DATED THIS 11th day of April 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE