1  LYSSA S. ANDERSON
   Nevada Bar No. 5781
2  KAEMPFER CROWELL
   8345 West Sunset Road, Suite 250
3  Las Vegas, Nevada 89113
   Telephone: (702) 792-7000
4  Fax:       (702) 796-7181
   landerson@kcnvlaw.com
5
   Attorneys for Defendant
6  MILNE AND MCKENZIE ASSOCIATES, LTD.
   dba INTERNAL MEDICINE SPECIALIST OF LAS VEGAS
7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10 FAREEN TABANI,                              Case No. 2:11-cv-00757-MMD-VCF

11              Plaintiff,                              ORDER ON
                                               **STIPULATION FOR DISMISSAL WITH**
   vs.                                                   **PREJUDICE**
12
   IMS ASSOCIATES, LTD., a Nevada limited
13 liability company; MILNE AND MCKENZIE
   ASSOCIATES, LTD., a Nevada limited
14 liability company; INTERNAL MEDICINE
   SPECIALIST OF LAS VEGAS,
15
              Defendant.
16

17 / / /

18

19 / / /

20
   / / /
21

22 / / /

23 / / /

24

1301710_1.doc 16626.1                                            Page 1 of 2

IT IS HEREBY STIPULATED AND AGREED between the parties, by and through their respective counsel of record, that the above-captioned matter be dismissed with prejudice. Each party to bear their own attorney fees and costs.

DATED this 11th day of September, 2013.

KAEMPFER CROWELL

By: /s/ Lyssa Anderson
LYSSA S. ANDERSON
8345 West Sunset Road, Suite 250
Las Vegas, Nevada 89113
**Attorneys for Defendant**

By: /s/ Michael Balaban
Michael P. Balaban, Esq.
10726 Del Rudini Street
Las Vegas, Nevada 89141
mbalaban@balaban-law.com
**Attorneys for Plaintiff**

## ORDER

Pursuant to the Stipulation between the parties, it is hereby

**ORDERED** that this matter is **DISMISSED WITH PREJUDICE** each party to bear their own attorney fees and costs.

DATED this 11th day of September, 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE